MEDEX, INC., Appellant, v. CISATLANTIC CORPORATION et al., Respondents. MAX AUSNIT, Respondent, v. NICOLAE MALAXA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1115.]

CHARLES HUMBEUTEL, as Executor of ANNA HUMBEUTEL, Deceased, v. HARRY HUMBEUTEL.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 981.]

11 WEST 42ND STREET, INC., v. ELZEE REALTY CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 434.]

ANNE G. LONG v. HUGH W. LONG.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 1033.]

MEADOW BROOK NATIONAL BANK OF FREEPORT v. LOUIS FERKIN.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 277 App. Div. 1021.]

## (January 23, 1951.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CARUSO, Alias THOMAS MARROW, Appellant, et al., Defendants.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

ISAAC SHAPIRO, Appellant, v. MORRIS DANZIG, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post*, pp. 684, 755.]

In the Matter of the Estate of VIRGINIA BOOKER, Deceased. JOSEPH P. BOOKER, Individually and as Administrator of the Estate of VIRGINIA BOOKER, Deceased, Appellant; NATIONAL SURETY CORPORATION, Respondent.— Decree unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

RICHARD B. GILLIAM et al., Respondents, v. JOSEPH B. FERGUSON, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.